**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Anthony Cibarich,** | : |
| | : |
| **Plaintiff,** | : Civil Action No.: 3:10-cv-1241 JBA |
| v. | : |
| | : |
| **ER Solutions, Inc.; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### <u>PURSUANT TO RULE 41(a)</u>

Anthony Cibarich ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: September 16, 2010**

**Respectfully submitted,**

**PLAINTIFF, Anthony Cibarich**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile:  (877) 795-3666**
**slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on September 16, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**